**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Jose Sanchez-Carrizosa

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0489-01 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| JOSE SANCHEZ-CARRIZOSA, ) | |
| ) | |
| Defendant. ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov;

Thomas G. Gilmore
tgglaw@sbcglobal.net;

Scott Pactor
scottpactor@yahoo.com; and

Richard Brian Rodriguez
lawrichrod@aol.com

Respectfully submitted,

DATED:   February 22, 2008      /s/ Gregory T. Murphy
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Jose Sanchez-Carrizosa