UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jose Sanchez-Carrisoza ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08CR0609-JAH <br> 08MJ0489 <br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Mat Wit: Andres Pestana-De La Sancha

DATED: 03/06/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
          DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
   Deputy Clerk